UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 2 3 2023

CLERK, U.S. DISTRICT COURT
By_____
        Deputy

CASE NO.  7:20-CV-00038-0

Plaintiff

Johnny Flores
TDCJ No. 1936097

Pro se.

Johnny Flores #1936097
Connally Unit
899 FM 632
Kenedy, Tx.  78119

Defendant

J. Syng. et. al.

Defendant

NFN Doty

## ATTACHMENT COMPLAINT

On the 17th day of June, 2023 I Johnny Flores TDCJ No. 1936097 (as titled by the State of Texas) was intruded on and sexually assaulted by Officer Rodriguez

On the above listed date on the John B. Connally Unit in Karnes County, Texas on 4 building F-pod - 3 section Officer Rodriguez came in for an out for day room. While I was still gathering my things to exit my cell the said officer entered my cell without telling me to exit. I

said "Hey man your gonna get us in trouble" then he left after dumping out my pencils on the desk. That was a simple thing to look passed but when I was exiting the section to go to church. I was standing at the main desk to check out when Officer brushed a Johnnie Sock between my buttoks.

I have never even conversated with this Officer. Never in my life have I been a person who is okay with this type of behavior.

Officer Rodriquez has violated me as a person and is in violation of his job assignment.

I know as a christian man I am called to forgive him and I do but Officer Rodriquez is in the wrong environment to be behaving that way.

For his own safty and mine I wish to pursue this complaint to the fullest exstent.

My housing assignment is 4 building, F pod, 49 cell. I am requesting that the video surveillance cameras be reviewed to verify this claim.

I ask that this court please add this complaint to my file as I will take the proper steps in the grievance process. If I stay silent in this matter who knows how far this

behavior will go.

Thank You for your time,

Respectfully,

pro se.

Johnny Flores #1936097
Connally Unit
899 FM 632
Kenedy, Tx. 78119

## UNSWORN DECLARATION

I do solemnly swear that all information herein is true and correct. I who am the assaulted resident by the name Johnny Flores TDCJ# 1936097 currently incarcerated on the John B. Connally Unit in Karnes County, Texas

## CERTIFICATE OF SERVICE

I Johnny Flores TDCJ #1936097 do certify that the original copy of this complaint is being mailed prepaid, first class to United States District Court-Northern District of Texas - Wichita Falls Division - 501 W. 10th Street, Room 310 - Fort Worth, Texas 76102 on this 18th day of June, 2023.



Johnny Flores #1936097
Connally Unit
899 FM 632
Kenedy, Tx. 78119

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
20 JUN 2023  PM 2  L

RECEIVED
JUN 23 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

CLERK OF COURT
WICHITA FALLS DIVISION
501 W. 10th Street Room 310
FORT WORTH, TEXAS 76102

76102-364185

FOREVER / USA

LEGAL MAIL

PRIVILEGED OFFENDER MAIL
NOT INSPEC
TEXAS
DEPARTMEN    Y
JUSTICE - CORRECTIONAL
CRIMINAL
INSTITUTIONS DIVISION