IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| JOHNNY FLORES, <br> TDCJ No. 01936097, <br><br> Plaintiff, <br><br> v. <br><br> OFFICER RODRIGUEZ, <br><br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 7:23-cv-061-O |

## ORDER DISMISSING CASE

Plaintiff, an inmate confined in the Connally Unit of the Texas Department of Criminal Justice ("TDCJ") in Kenedy, Texas, brings this civil rights action pursuant to 42 U.S.C. § 1983. Defendant is a correctional officer at the TDCJ Connally Unit. *See* Original Complaint, ECF No. 2 at 1. Plaintiff complains that, on June 17, 2023, Defendant Rodriguez "purposely brushed [his] butt with [a] lunch sack." *See* Amended Complaint, ECF No. 6 at 4.

Venue in a federal civil action is governed by 28 U.S.C. § 1391(b). This statute provides that a federal civil case must be brought in the judicial district where: (1) any defendant resides; (2) a substantial part of the events or omissions giving rise to the claim occurred; or (3) where any defendant is subject to personal jurisdiction if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b).

Defendant Rodriguez is a correctional officer at the Connally Unit of the Texas Department of Criminal Justice in Kenedy, Texas where Plaintiff is confined. Kenedy, Texas is located in Karnes County which lies within the geographical area of the Western District of Texas, San Antonio Division. *See* 28 U.S.C. § 124(d)(4). The event giving rise to this action occurred in Karnes County. Because Defendant does not reside within the Northern District of Texas and

because the event giving rise to this action did not occur within the Northern District, this Court lacks jurisdiction to entertain Plaintiff's complaint.

Where a case is filed in the wrong district, the court "shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a).

Plaintiff states that the event at issue in this case occurred on June 17, 2023. Therefore, he has ample time remaining in which to refile this action within the two-year statute of limitations. Plaintiff is put on notice that, if he elects to refile the case, it should be filed in the Western District of Texas, San Antonio Division.

For these reasons, this action is **DISMISSED** without prejudice for lack of jurisdiction.

**SO ORDERED** this **27th day** of **July, 2023**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**