# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### WICHITA FALLS DIVISION

| | | |
|---|---|---|
| JOHNNY FLORES,<br>TDCJ No. 01936097,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER RODRIGUEZ,<br><br>Defendant. | § § § § § § § § § § § | Civil Action No. 7:23-cv-061-O |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this case is **DISMISSED** without prejudice for lack of jurisdiction.

**SIGNED** this **27th day** of **July, 2023**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**